IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

EDDIE LEE HOWARD     PETITIONER

V.     NO. 3:07-CV-00010-GHD

BURL CAIN     RESPONDENT

## ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds that Petitioner Eddie Lee Howard's federal habeas petition is hereby **DISMISSED**. This case is **CLOSED**.

**SO ORDERED**, this the 26th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF MISSISSIPPI**